# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                              Case Number:
MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND,
DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS
AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C.
ANNUITY TRUST FUND,
                                                                                            Plaintiffs,
            v.
GARTH MASONRY, INC., an Illinois Corporation,
                                                                                            Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND

FILED: APRIL 7, 2008
08CV 1969    NF
JUDGE ZAGEL
MAGISTRATE JUDGE SCHENKIER

| NAME (Type or print) |
|---|
| ROBERT B. GREENBERG |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Robert B. Greenberg |

| FIRM |
|---|
| ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. |

| STREET ADDRESS |
|---|
| 200 West Jackson Boulevard, Suite 1900 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 01047558 | 312-263-1500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐