AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,
Plaintiffs,

v.

GARTH MASONRY, INC., an Illinois Corp.,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08CV 1969

JUDGE:

JUDGE ZAGEL
MAGISTRATE JUDGE SCHENKIER

TO: (Name and Address of Defendant)

GARTH MASONRY, INC., an Illinois Corporation
c/o:   STEVEN A. GARTH, Registered Agent
       2741 East 223 Street
       Chicago Heights, IL 60411

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

*[signature]*
----------------------------------------
(By) DEPUTY CLERK

April 7, 2008
----------------------------------------
Date



BY DEPUTY CLERK

ClientCaseID: GREENBERG
Law Firm ID: ASHER



CaseReturnDate: 5/27/08

Affidavit of Special Process Sever

## UNITED STATES DISTRICT COURT

Case Number **08CV1969**

I, **ANNA CANOLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **GARTH MASONRY INC**
PERSON SERVED **CAROL GARTH, AUTHORIZED AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **4/30/08**

AUTHORIZED TO ACCEPT DOCUMENTS. AGREED TO ME: 708-757-5455.

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

Sex **FEMALE**  Race **BLACK**  Age **40S**
Height **5'7"**  Build **AVERAGE**  Hair **BLACK**

LOCATION OF SERVICE **2741 E 223RD STREET CHICAGO HTS, IL, 60411**

Date Of Service **4/30/08**  Time of Service **1:35 PM**

*Anna Canole*  5/1/2008
ANNA CANOLE
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*Anna Canole*